**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| In Re: | Case No. 26-30807 |
| Moises Moran | Chapter 13 |
| Debtor. | Judge Charles R. Merrill |

**OBJECTION TO CHAPTER 13 PLAN**

JPMorgan Chase Bank ("Creditor") by and through their undersigned counsel, hereby objects to the Debtor's Proposed Chapter 13 Plan filed on April 9, 2026.  Creditor holds a secured interest in the Real Estate located at 431 South Shore Dr., Shepherdsville, KY 40165. Creditor will be filing a Proof of Claim listing pre-petition arrears of approximately $1,857.97. The Chapter 13 Plan does not provide treatment for the prepetition arrearages.

The Chapter 13 Plan does not adequately protect the Creditor's interest in said property and should therefore be denied confirmation.

Respectfully Submitted,

/s/ Susana Elizabeth Lykins (96416)
Susana Elizabeth Lykins (96416)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was served by the method set forth below, upon the below listed parties on April 29, 2026.

**By Notice of Electronic Filing to:**

Daniel Campayno, Debtor's Counsel
daniel@cooleyoffill.com

William W. Lawrence, Trustee
ECF@louchapter13.com

Office of the U.S. Trustee
Ustpregion08.lo.ecf@usdoj.gov

**By United States mail to:**

Moises Moran, Debtor
7105 Astin Court
Louisville, KY 40219

/s/ Susana Elizabeth Lykins (96416)
Susana Elizabeth Lykins (96416)
Attorney for Creditor